In the United States District Court

FILED
SEP 1 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Vernado Malone

V

J. C. Zuercher, et al

No: 07-1232
Clerk to supply

## Motion To Proceed in Forma Pauperis Without Paying Filing Fee

Now come Vernado Malone by Pro-se hereby motion the court to waive any and all filing fee's do to the fact Mr. Malone have no funds to pay a reasonable fee it the court so order.

Malone hold no job and is in federal custody in which attach is a copy of his prison account.

Therefore Malone pray that this court will grant this motion and send all copies of the order to each party.

V. Malone

FILED B-FILED
Wednesday, 12 September, 2007 11:50:59 AM
Clerk, U.S. District Court, ILCD