In the United States District Court

Vernado Malone SR

VS

J.C. Zuercher, Warden., et al

NO: Clerk to supply
07-1232

## Motion For Counsel and
## Motion to Proceed in Forma Pauperis

Now comes the Plaintiff, Vernado Malone SR, and by Pro-se Move to ask his Honorable court to appoint him with Counsel to handle the Plaintiff Complaint. The Plaintiff is in Federal custody at the Federal Correctional Institution located in Pekin, Illinois. The defendants in the complaint has Custody over Mr. Malone and Mr. Malone is limited to records, File, etc that he will seek, due to the Policy of the said Prisons. Mr. Malone Case is complex theirs Fourteen defendants, There's state and Federal laws violation claims and Mr Malone Prison doesn't offer law on the state level beside that Mr. Malone Prison doesn't have an accurate law library. Mr. Malone Suffer from a life time of mental health prombles his IQ is one of a 4th Grade. If this Honorable court don't appoint counsel Mr. Malone must likely will loose his case but if this court appoint counsel Counsel will be able to Fully investigate all area and facts leading to the complaint, to store documents, to research state and Federal law to which Mr. Malone not able to do. This court is aware that smoking on Federal grounds such as court Houses, Prisons and other federal building has been ban, Therefore Malone brings an colorable claim to this court which he beg and pray for this court to appoint him with Counsel. Mr. Malone is indigent and has no funds to retain an lawyer if so ordered

8-29-07

Vernado Malone

## DIAGNOSTIC IMPRESSION

Borderline to Mild Mental Retardation

Adjustment Disorder with Depressed Mood

### SUMMARY

On the WAIS-R, Dunie achieved a Verbal I.Q. standard score of 74 and a Performance I.Q. standard score of 67. This results in a Full Scale I.Q. score of 71, which falls within the Mild to Borderline range of intellectual functioning. Overall, Dunie performed as well on verbal tasks as he did on performance tasks.

Dunie's performance on the Peabody is in the lower end of the Mildly Mentally Handicapped range. His basic educational skills in reading, spelling, and arithmetic are between third and fourth grade levels. Given the circumstances surrounding his interrogation by police, his reported fear and apprehension surrounding the interrogation, his past criminal record, and his low level of cognitive functioning, these factors would predispose him to be quite vulnerable to influence by the power and authority of a police officer.

*[signature]*

Anthony L. Berardi, Ph.D., H.S.P.P.
Clinical Psychologist
Indiana License #20010290


ALB:aln


m/malonev/psyeval.alb

# United States District Court

_____ DISTRICT OF _____

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

V.

CASE NUMBER:

I, **Vernado Malone sr**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff        ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant    ☐ _____
                                                    other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding of the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. **2000 of Dec.**

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes ☐   No ☒
   b. Rent payments, interest or dividends?                                Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?                  Yes ☐   No ☒
   d. Gifts or inheritances?                                                           Yes ☐   No ☒
   e. Any other sources?                                                              Yes ☒   No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. My grandfather died 12 months ago and left me $1,000 that is now gone

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   I have 9 childrens who I support when not in custody

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/29/07__        __Vervado malone__
             (Date)                Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)   See print out

I certify that the applicant named herein has the sum of $_____
on account to his credit at the _____
institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:_____
_____
_____

I further certify that during the last six months the applicant's average balance was $_____

_____
Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date <br> or Magistrate Judge |

# Inmate Inquiry

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 05898027 | **Current Institution:** | Pekin FCI |
| **Inmate Name:** | MALONE, VERNADO | **Housing Unit:** | PEK-B-A |
| **Report Date:** | 08/22/2007 | **Living Quarters:** | B01-130L |
| **Report Time:** | 8:29:07 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6768 |
| PAC #: | 055981864 |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 9/18/2002 |
| Local Account Activation Date: | 12/14/2006 3:28:21 AM |
| Sort Codes: | |
| Last Account Update: | 8/17/2007 11:46:38 AM |
| Account Status: | Active |
| Phone Balance: | $0.14 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.53 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.42 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.11 |
| National 6 Months Deposits: | $434.34 |
| National 6 Months Withdrawals: | $436.58 |
| National 6 Months Avg Daily Balance: | $39.88 |
| Local Max. Balance - Prev. 30 Days: | $4.06 |
| Average Balance - Prev. 30 Days: | $1.69 |
| Inmate Qualifies for OTC Medication | |

This Inmate is Indigent

## Commissary History

### Purchases

Validation Period Purchases: $0.95
YTD Purchases: $155.63
Last Sales Date: 8/17/2007 11:46:38 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.95
Remaining Spending Limit: $289.05

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

**Comments:**

# Inmate Account Inquiry

Inmate Register Number: 05898027

Inmate Name: MALONE, VERNADO
Facility: Pekin FCI
Housing Unit: PEK-A-B
Living Quarters: A05-107L

## Account Balances

| Field | Amount |
|---|---|
| Account Balance: | $4.06 |
| Pre-Release Acct. Balance: | $0.00 |
| Debt Encumbrance: | $3.45 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.61 |

## General Information

| Field | Amount |
|---|---|
| National 6 Months Deposits: | $588.87 |
| National 6 Months Withdrawals: | $585.38 |
| National 6 Months Avg Daily Balance: | $42.91 |
| Local Max. Balance - Prev. 30 Days: | $6.30 |
| Average Balance - Prev. 30 Days: | $2.98 |

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

[Close]