E-FILED
Wednesday, 12 September, 2007  11:54:19 AM
Clerk, U.S. District Court, ILCD

Vernado Malone
   V
J.C. Zuercher, et al.

FILED
SEP 1 - 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion to Submit
Exhibit "Cirgarette 1" (one)

07-1232

Now Mr. Malone, by Pro-se, Move to enter this motion into evidence which contain a cirgarette that was smoked by one of the defendants and left in front of the plaintiff housing unit doors

The exhibit shows that an defendant had smoke an cirgarette and left it.

Malone will argue more on the cirgarette at a latter time. But he will ask that the cirgarette stays in a safe place with-in the Court House

Found
8/30/07 in front of Ind-1 eixt door at 3:30 PM

V. Malone

Exhibit - cirgarette 1