E-FILED
Thursday, 13 September, 2007 10:27:07 AM
Clerk, U.S. District Court, ILCD

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Vernado Malone, Sr.** | ) | WRIT OF HABEAS CORPUS |
| Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 07-1232** |
| **J.C. Zuercher, et al** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Federal Correctional Institution at Pekin, IL.

  **WE COMMAND** that you produce the body of **Vernado Malone, Sr.**, Register No. **05898-027**, who is in your custody at FCI Pekin before the United States District Court on **Friday, November 2, 2007 at 11:30 AM** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

  **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

  DATED: September 13, 2007

            JOHN M. WATERS, CLERK
            UNITED STATES DISTRICT COURT

            BY: _s/ T. Kelch_____
              Deputy Clerk