In The Central District Court

Vernado R Malone SR

V

J.C. Zuercher, et al

07-1232

FILED
SEP 1 8 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLIN

Motion For Emergency Temporary Injunction or Restraining order

Now come Vernado Malone SR, The Plaintiff in this said case moves to ask his Honorable court to Issue an Temporary Injunction until this case be heard by this court or by an Jury.

Mr. Malone seek an Emergency Temporary Injunction or an Emergency Restraining order to the defendant restraining them to smoke cigarettes at any time around Mr. Malone or in any Path that he may pass at FCI Pekin.

On 9-13-07 an defendant knownly smoked a cigarette in Mr. Malone path knowing Mr. Malone has asthma and has effects from cigarette smoke. Cigarette(s) are contraband at FCI Pekin just as cell phones are contraband which staff isn't allowed to bring in an contraband cell phone or other contraband thangs but staff bring in cigarettes daily And leave contraband cigarettes for inmates to clean up or access knowing inmates are not to be in access of contraband. Its possible that an staff member could loose his or hers pack of cigarette puting Malone or others acceptably to an contraband item Never less the court can review the 9-12-07 #4 Filing that staff does leave cigarette(s) that are contraband for inmates to touch or access.

Malone ask and pray that this court will issue an order in favor of his motion until the court make an Final ruling

1 of 2

in this case. In granting this motion will keep any and all defendants from putting Malone health at risk of future harm

9-14-07

*Verrado Malone*

cc
JC Zuercher

Case: 1:07cv1232

Vernado  Malone Sr 05898-027
~~PEKIN~~
FEDERAL CORRECTIONAL INSTITUTION
~~Inmate Mail/Parcels~~
P.O. BOX 5000
PEKIN, IL 61555

Vernado Malone sr 05898-027
Federal correctional Institution
Legal Mail - open in Front of Inmate
P.o. box 5000
Pekin IL 61555

---

Dear clerk

Please correct my address - as I have it above.

also on my docket I see "responses due by 10-1-07" at # 3 & 4. who responses are due? and have your office served the defendants?