```
Vernado  Malone Sr 05898-027
PEKIN
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 5000
PEKIN, IL 61555
```

**FILED**

SEP 2 0 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear clerk,

Please remove "Inmate Mail/Parcels"
and add "Legal Mail/open in Front of Inmate"

so my mail will be log in the mail

Log book. Do you have any defendants
attorny information on record? if yes please advise

Thanks

Vernado malone