E-FILED
Friday, 21 September, 2007  03:26:52 PM
Clerk, U.S. District Court, ILCD

In the district court

Vernado Malone sr

v

JC Zuercher, et al

07-1232

**FILED**

SEP 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Motion For counsel

Now comes Mr. Malone, by Pro-se, hereby motion this court to appoint him with counsel for the Nov 2 2007 Hearing, And all other matters in this case.

Malone is in need of counsel base on the Fact he is limited to access files or have files in his at FCI Pekin that he need to prove his case to the court or jury.

Mr. Malone have no funds to obtain counsel on his own and he brings a colorable complaint before this court. Without counsel Malone must likely will loose his case

Malone has 15 defendants each one has custody over him which limit him to files records, etc. Malone will seek the blue print in which the counsel could obtain due to security reason for him to have in his custody

9-19-07

Vernado Malone