E-FILED
Friday, 21 September, 2007 03:35:15 PM
Clerk, U.S. District Court, ILCD

Vernado Malone SR

V

JC Zuercher, et al

07-1232

**FILED**
SEP 21 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion to correct Wording in Plaintiff Motion For Emergency Temporary Injunction or Restraining order

Now mr. Malone, by Pro-se hereby notice on line 7 of his filed motion he miss word his motion to read "... Them to smoke cigarettes...". It should be "... Them Not to smoke cigarettes..."

Therefore Malone Pray the correct will grant this motion and get the said motion

9 19 07

Vernado Malone