Vernado R. Malone SR
   V.                                                07-1232
J.C. Zuercher, Warden, et al

**FILED**
OCT - 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: J.C. Zuercher
    FCI Pekin
    PO bx 7000
    Pekin IL 61555

## Request For Blue Print

Now Vernado Malone SR, Request for a copy of the institution compound showing each housing unit and each smoking areas that you have designate for staff to smoke at.

The requested information will be used only for the above said case # and for no other reason. Please Foward the requested information to me with-in 5 days.

10/2/07

Vernado Malone SR
PO bx 5000   #05898-027
Pekin Ill 61555

## Service

A copy of this Request was sent to the United States court 100 N.E. Monroe, Peoria Illinois 61602 by placing a copy of in a stamp envelope and mailing it thru FCI Legal Mail bx

Warden Zuercher,

I'm advising you that your staff (C.O. ms vandeve) was smoking in an No smoking area on 9-29-07, at appx 11:07 Am.

She was working Ind-2 unit, my unit Indiana, I was called for chow as I made it outside I smelled cigarette smoke and to my right stood this officer smoking that lead me to inhale her 2nd hand smoke causing me to use my asthma inhaler.

On 10-1-07 appx at 11:30 Am once again this officer stood in a No smoking area and smoked her cigarette in disregard to inmates as myself health or future health risk.

28 CFR § 551.64 states "Appropriate disciplinary action shall be taken for failure to observe smoking restrictions."

Therefore you have sent all staff an e-mail advising them not to smoke in Non smoking area but some staff are disregarding your e-mail / policy placing my health and future health at risk

I ask that disciplinary action be tooken and that I be advise-

10/1/07

Nevada Maoores 05898-027

CC:
United States district court clerk
For case # 07-1232