In the U.S District court
of central Illinois

Vernado Malone

V

J. Richardson, et al
J.C. Zuercher, et al

1:07-CV-1232

FILED
OCT -9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Notice to court

Now Vernado Malone, the Plaintiff, give the court Notice of an Incident

### Facts

1). J. Richardson is a defendant in this case and is a case Manager at FCI Pekin
2). V. Malone is the Plaintiff in this case thats suffer from cronic asthma.
3). B.O.P Institution FCI Pekin is an smoke free institution.

On 10/3/07 Defendant Richardson knownly smoked her cigerrete in an area that she know that Plaintiff Malone had to pass causing Mr. Malone to inhale her 2nd hand smoke in disregard to Mr. Malone Cronic asthma that he suffer from. This defendant is aware of Malone's Cronic asthma but she fail to protect Malone health or health risk or future health risk from harm to fulfill her habit of smoking.

Dated: Oct, 03        2007

Vernado Malone
Vernado Malone-05898 027

### Service

A copy of this was sent to defendant Richardson and defendant Zuercher by the Institution Mail on 10/3/07

Vernado Malone
Vernado Malone