E-FILED
Thursday, 18 October, 2007  03:53:44 PM
Clerk, U.S. District Court, ILCD

**FILED**

OCT 1 8 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Vernado Malone
V
J.C. Zuercher, et al

07-1232

Notice of New address

Now comes Vernado Malone by Pro Se, hereby give the court his new address of his Halfway House which is 132 E 6th St Michigan City IN 46360.

Mr. Malone ask the court to issue an Writ of Habeas Corpus Ad Testificandum to Produce the body of Mr. Malone to the "Pact Bradley House, 132 E 6th St, Michigan City IN 46360, 219) 872-9139.

There is a Nov. 2, 2007 court date hearing already set. Mr. Malone case manager is Angel Schnick

Malone pray that the court will grant this notice/motion and send him a copy of the order

Dated: 10 15 07

V. Malone