Vernado Malone

v.

J.C. Zuercher, et al

07-1232

## Class Certification
## Motion to bring case as a class action

FILED
OCT 18 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Now Mr. Malone, by Pro-se, Motion this court to bring the above said case # as a class action. There are over 1,000 inmates at FCI Pekin that are in the same situation of Mr. Malone to wit: Force to inhale 2nd hand smoke putting their health at risk or future health in harm or risk.

There are numerous inmates at FCI Pekin who will like to join this lawsuit.

If the court will grant this motion All class member will seek to be free from 2nd hand smoke at FCI Pekin.

The law is clear on 2nd hand smoke is danger.

Mr. Malone will ask the court to appoint the class with an attorney. Mr Malone can not represent a class due to he is in custody.

Mr. Malone pray the court will grant this motion and send him a copy of the order

10/16/07

V. Malone