UNITED STATES DISTRICT COURT

VERNADO MALONE SR.
V.

Warden OF Pekin, et.al

CASE #: 07-CV-

FILED
JAN 16

PAMELA E. ROBINSON
U.S. DISTRICT CO
CENTRAL DISTRICT OF

### REQUEST FOR BLUE PRINT OF F.C.I PEKIN

Nov comes VERNADO **MALONE, by** pro-se, request a copy of the blue print of F.C.I PEKIN (man prison compand) shoving the outside of the housing units, and all other buildings on the compond, such as foodservice, etc
   This information will be use only for the above said case # in which you *are* the defendant. If this request is not mate with-in 20 days I will ask the *court* to *order* you to *turn over* the requested information.
   Therefore below *are* the requested things I'm asking from you and looking forward in you sending me with-in 20 days. you may contact me at 574-233-0231 if you have any questions.

DATED: 1/17/    , 2008

V. malone
VERNADO MALONE SR    PRO_SE