E-FILED
Friday, 29 February, 2008   12:30:42 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 2 9 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Vernado Malone
v
JC Zuercher et al

1:07 CV 1232

## Motion For Counsel

Now comes Mr. Malone, by Pro·se, hereby move For counsel. Mr. Malone is an B.O.P inmate on home confinement thru Pact Bradley HalfWay Center until 2/14/07 since release From FCI Pekin I've been limited in legal research. I've contacted the Illinois legal Aid to request counsel but as of date no attorney has replied. I contacted attorney Stanley From S.bend Ind who requested a $10,000 retainer fee and attorney Paul Stewert From Chicago Illinois who wanted $5,000.00 and $39 hr but advise me to seek counsel thru the court.

I suffer From A mental Learning Promble and Hold an IQ of 61 or 8yrs old and 3 months.

I Pray that this court will grant My Motions not on just the no money but for my mental Promble.

1/4/08

V. Malone

FILED

Vernado Malone

V

J.C Zuercher

FEB 29 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

1:07-CV-1232

Vernado Malone
<u>Statement as ordered</u>

Now Mr Malone by Pro-se, hereby been told by this court to submit an statement on how mr.malone has tried to obtain counsel

Mr Malone filed for counsel and in his motion he listed attorney's that he contacted but was unable to hire

Since I have been release to an BOP halfway house where there's no P.C or Law books at the said house for me to research any law.

Futhermore Mr.malone has an income of $0.00 due to unable to work. Malone SSI can't be started until 2/14/07.

If this court allow this to go as a class action I couldn't act as a lawyer for each person.

Therefore I pray that this court will grant me with counsel and send me a copy of the order

11/27/07
1/4/08

V. Malone

Vernado Malone
     V                                            1:07-CV-1232
JC Zuercher

### Malone's Income Statement

Mr. Malone is a B.O.P Inmate serving 4 months in the Federal Halfway House in Michigan City Indiana. The said Halfway House has Place mr. malone on Home confinement do to medical reasons While on Home confinement per BOP thru Pact bradley House. I can not recieve my SSI until I'm release from Federal custody on 2/14/07 at said time I have $0.00 income

12/1/07
1/4/08                                           V. malone

Please send me a copy of my docket