**FILED**
MAR - 7 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Friday, 07 March, 2008 03:44:36 PM
Clerk, U.S. District Court, ILCD

07-1232

Dear Clerk
My new address is 4322 N Hickory Rd #1C
Mish, IN 46545
574 247-1679 (HM)

V. Malone

Please send Feb 29th order and copy of docket sheet to me at the new address