E-FILED
Thursday, 24 April, 2008 04:44:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES COURT

FILED
APR 24 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

VERNADO MALONE
V
J.C ZUERCHER et al

07-1232

MOTION FOR COUNSEL

NOW VERNADO MALONE,BY PRO-SE,MOVE TO RE-ASK FOR COUNSEL BASE ON MENTAL ISSUE'S THAT WILL MAKE IT HARD FOR HIM TO BRING WITH OUT HELP. MR.MALONE SUFFER FROM AN LEARNING PROMBLE AND IS UNDE AN DOCTOR CARE WHO HAS PLACE
MR.MALONE ON MEDS THAT WILL AFFECT HIS DAILY LIFE AND TO BRING OR HANDLE AN LEGAL COURT CASE WITH OUT AN LAWYER.ATTACH TO THIS MOTION IS MR.MALONE MENTAL DOCTOR STATEMENT AND OTHER FORMS TO SHOW THE COURT THE AGE LEVEL OF MR.MALONE,EVENTHO MR.MALONE KNOWS WHAT TOOK PLACE WHILE IN PRISON DOESN'T MEAN HE CAN ACT AS HIS OWN ATTORNEY IN THIS SAID CASE.

THERFORE MR.MALONE PRAY THAT AFTER REVIEWING HIS MENTAL DOCTOR STATEMENT AND FORMS THAT THE COURT WILL GRANT HIM COUNSEL IN THIS SAID CASE.

4-23-08

Vernado Malone

Jeanne Dickens, M.D.
Madison Center and Hospital
403 E. Madison St.
South Bend, Indiana 46617
Phone (54) 283-1270 / Fax (574) 283-1209
Lic. #01048306B DEA#BD2361119

Name Vernado Malone

Address ______ Date 4/18/08

To Whom It May Concern:
Vernado Malone is being treated for chronic severe mental illness with Zyprexa 5 mg daily, Effexor XR 75 mg daily and Seroquel 50 mg daily. His illness [illegible] likely make self-representation in a court case very difficult.

Jeanne Dickens MD

Please contact me at 574-520-2668 if needed.

☐ 1-24
☐ 25-49
☐ 50-74
☐ 75-100
☐ 101-150
☐ 151 and over

Refill NR 1 2 3 4 5 Void after ______

Dispense as Written May Substitute

Prescription is void if more than one (1) prescription is written per blank.

113 LINCOLNWAY EAST
MISHAWAKA, INDIANA 46544
PHONE: (574) 255-1162 FAX: (574) 255-1882

# PSYCHOLOGICAL EVALUATION

| | | | |
|---|---|---|---|
| **NAME:** | Vernardo Malone, Sr. | **EVALUATED BY:** | Alan H. Wax, Ph.D. |
| **SEX:** | Male | **EVALUATION DATE:** | 1/9/08 |
| **AGE:** | 35.5 | | |
| **DOB:** | 5/31/72 | | |

**REFERRED BY:** Ken Bartkowiak/Office of Vocational Rehabilitation Services

**PROCEDURES:** Clinical Interview, Wechsler Adult Intelligence Scale-Third Edition (WAIS-3), Kaufman Test of Educational Achievement-Comprehensive Form, Millon Clinical Multiaxial Inventory-III (MCMI-3), Career Assessment Inventory (CAI), Review of Records

**IDENTIFYING INFORMATION** - Vernardo Malone, Sr. is a 35-year-old, divorced, African-American male, who lives with a friend, Tonesha Campbell (30, who is the mother of their three children, but they have not been in a relationship together for eight years), in her house in South Bend, Indiana. In the home are their three children, Vernardo Jr. (14), Victor (10), and Amari (eight). Also in the home is her daughter, Destiny (six).

He has been living there for approximately one month, but before that was with his ex-wife in South Bend. He is currently on house detention "through the Bureau of Prisons" and has been since he was released from incarceration at federal prison in Illinois in October 2007 after being incarcerate for three years and 10 months for "conspiracy to defraud the US."

Mr. Malone has six other children by four different women. From his ex-wife Tamara he has Eaquayn (11), Stephen (nine), and Elmo (six), from Anna Young he has Sequyaha, from Monique Ware he has Tyrese (nine), and from Valerie Mossett he has Tony (13).

**BACKGROUND** - Mr. Malone is involved with OVR because "I was with them before getting incarcerated. That time they got me a job and helped me get SSI." He was initially referred through Family Learning Center where he was in counseling for depression.

He reports that his handicapping condition is learning disabilities which were diagnosed in school and he was in Special Education. He also has depression and in prison took Seroquel and Zoloft "and maybe Prozac too." He is currently not taking any medication, but said "I'm waiting to get in to the doctor."

He also described schizophrenic symptoms and said that he used to hear voices "prior to incarceration." The onset was when he was 30 years old. He says it "comes and goes." They are both male and female voices usually in the background "sometimes they tell me what to do,"

but nothing regarding suicide or homicide. He has never had visual hallucinations. He has not had any auditory hallucinations in a month. He also acknowledged paranoid ideation and says he thinks people talk about him.

Mr. Malone is seeking assistance from OVR to "get a job."

**PERSONAL HISTORY** - Mr. Malone was born and raised in Chicago, Illinois. He lived there until he was 18. His mother died when he was four and his father was never around. He said "my granny raised me, my brother, and my sister." He was close with his brother (38) and sister (40) growing up, but at the present time he is only close with his sister. He was never molested or abused.

His grandmother, Lucille Davis (83), lives in Maryland with his sister and has Alzheimer's. He described her as a "great" mother, who was warm and loving. His grandmother was interactive and helped him with his homework and met with teachers. She took him to the doctor and dentist on a regular basis. For fun they would go on vacations, go to the park, go shopping together, play card games (UNO), play Bingo, etc. He said he was always able to talk to his grandmother and could go to her with a problem.

Educationally, Mr. Malone attended school as far as the middle of the twelfth grade in Special Education. He does not know why he quit school. He did get a GED in prison in 2007.

Mr. Malone denied any past or present problems with drugs or alcohol. He said he has been arrested at least four times and has been charged with at least three felonies "one state and two federal." He has been to prison three times beginning at age 26. He spent six of the last nine years in prison.

Technically he is still incarcerated and will be until February 14. After that he will be on "supervised release (i.e. federal parole)" for an additional three years.

From age 18 to 26 Mr. Malone lived in South Bend. He initially came for a visit and eventually stayed. He was able to get SSI/DIS of $587.00 a month because of his learning disability. He initially lived with his godmother until his arrest.

Mr. Malone was with his ex-wife, Tamara, from 1996 until March 2007 and continues to see those three children, as well as all of his children regularly. It should be noted that of Mr. Malone's nine children the youngest is six and the oldest is 14, indicating that Mr. Malone fathered nine children in an eight-year period (although for some of those years he was incarcerated) with five different women.

**TEST RESULTS** - In order to assess Mr. Malone's current level of cognitive functioning and to screen for organicity, the Wechsler Adult Intelligence Scale-Third Edition (WAIS-3) was administered. On the WAIS-3, he achieved the following scores:

| VERBAL TESTS | SCALED SCORE |
|---|---|
| Vocabulary | 4 |
| Similarities | 4 |
| Arithmetic | 6 |
| Digit Span | 5 |
| Information | 4 |
| Comprehension | 4 |

| PERFORMANCE TESTS | SCALED SCORE |
|---|---|
| Picture Completion | 5 |
| Digit Symbol-Coding | 4 |
| Block Design | 6 |
| Matrix Reasoning | 3 |
| Picture Arrangement | 4 |

Verbal IQ score = 67
Performance IQ score = 65
Full Scale IQ score = 64

Mr. Malone's Full Scale IQ score of 64 places him at the high end of the Mild range of Mental Retardation. There is a 95% chance that his "true" IQ falls between 61 and 69, which places him at the high to middle of the Mild range of Mental Retardation. In the examiner's opinion, this was a valid testing and the obtained scores are an accurate representation of his cognitive functioning.

In order to assess Mr. Malone's level of academic functioning, the Kaufman Test of Educational Achievement-Comprehensive Form was administered. On the Kaufman, he achieved the following scores:

| | STANDARD SCORE | PERCENTILE | GRADE LEVEL |
|---|---|---|---|
| Mathematics Applications | 59 | .7 | 4.7 |
| Mathematics Computation | 57 | .5 | 4.3 |
| Reading Decoding | 58 | .6 | 4.0 |
| Reading Comprehension | 66 | 1 | 5.9 |
| Spelling | 55 | .3 | 4.0 |

Mr. Malone did very poorly in all areas, even relative to his IQ score. Nonetheless, his scores were very consistent with each other and were well within a standard deviation of his IQ score, and learning disabilities are not indicated. The academic deficiencies that Mr. Malone has manifested throughout school are as a result of his mental retardation and not due to a learning disability.

In the area of Reading, Mr. Malone was able to decode words such as special, power, straight, couple, doubt, and warrior, but not words such as whistle, ceiling, atmosphere, corporal, progressive, aluminum, and all more difficult words.

In Reading Comprehension, he was able to read and correctly answer questions relating to relatively simple paragraphs.

In Spelling, Mr. Malone was able to spell words such as bring, wagon, does, friend, and because, but not words such as reach (rech), color (corlor), ocean (ocen), telephone (telphone), and all more difficult words.

In order to gain information on Mr. Malone's emotional and personality functioning, the Millon Clinical Multiaxial Inventory-III (MCMI-3) was administered. The MILLON is an assessment tool which assesses clinical syndromes (i.e. Axis I disorders such as depression, anxiety, bipolar, substance abuse, etc.), severe personality pathology (e.g. borderline, schizotypal, paranoid), and less severe personality disorders (such as dependent, avoiding, narcissistic, histrionic, passive aggressive, etc.). Mr. Malone did not produce a valid profile because he endorsed too many items as TRUE.

Although it is possible that he might not have understood some of the items, his highest achievement score was in Reading Comprehension, which was almost at a sixth grade level (generally sufficient for the MCMI). The examiner did go through numerous items with Mr. Malone and it seemed that he did have a fairly good understanding of the items. The most likely reason is that he feels overwhelmed by symptomology and is actively seeking help, which could have resulted in the endorsement of so many TRUE items.

In order to assess Mr. Malone's career interests, the Career Assessment Inventory (CAI) was administered.

In the area of General Themes, Mr. Malone did not score Very High, High, or even Average for any of the six themes. His highest score was at the high end of Low for Social. This means that to the limited degree that he has any similar interests it would be to people who have concerns for others and like to help others solve personal problems. They see themselves as cheerful and popular and are usually good leaders. They prefer to solve problems by talking things out and they get along well with many types of people.

In the area of Basic Interests, however, he did score Very High for religious activities, but not even High for any other basic interest. He did score at the high end of the Average range for electronics and in the middle of the Average range for medical service.

In terms of Specific Occupations, Mr. Malone did not score Very Similar or Similar to any occupation, and only scored in the middle of the Mid-range for emergency medical technician, truck driver, licensed practical nurse, bookkeeper, cafeteria worker, data entry operator, and pharmacy technician.

CLINICAL OBSERVATIONS - Vernardo Malone, Sr. is a 34-year-old African-American male of average height and weight, who appears to be his stated age. He was appropriately dressed and groomed. He ambulated without any difficulty and sat with appropriate posture. He did not manifest any inappropriate motoric movements (i.e. tics, tremors, shakes, etc.).

His mood and affect was appropriate and he was cooperative and established good rapport with

the examiner. He reports a long history of depression, schizophrenic features (auditory hallucinations and paranoid ideation), has been hearing the voices up until one month ago, and still is describing depressive symptoms. He says his sleep is "not too good," his appetite is "poor," his energy is "real low," and his sex drive is "low." He did deny suicidal ideation, but does withdraw and isolate.

Mr. Malone communicated adequately, albeit on a simple level. He was able to respond to direct, simple questions appropriately. The quality of his speech was within normal limits and was 100% intelligible.

Mr. Malone missed his first appointment, but this was as a result of transportation error, not due to anything Mr. Malone had done. He was on time and well-motivated for his second appointment.

Cognitive functioning is in the higher end of the Mild range of Mental Retardation, with corresponding achievement scores in all five areas. As noted, he has Schizoaffective Disorder (Depression and Schizophrenia) and a long history of criminal behavior and legal difficulties. As noted, he is currently still incarcerated on house arrest (and will be until mid-February) and then will be on parole for the next three years.

Given the combination of the above (low cognitive and academic functioning), unmanaged Schizoaffective Disorder (at this time Mr. Malone is not taking any medication, nor is he involved in any counseling), and long criminal history (including three felonies), it will probably be extremely difficult to find employment for Mr. Malone.

Although his CAI results indicated some Mid-range interests in jobs such as emergency medical technician, licensed practical nurse, data entry operator, and pharmacy technician, he would be precluded from all of these employments due to a combination of his cognitive/academic functioning and his felonies. He probably could be a cafeteria worker, but his felonies probably preclude him from any type of CNA or other nursing home job. At best Mr. Malone is suited for unskilled labor. Fortunately for him, he is collecting SSI/DIS, and if he could find a part-time job which could supplement, but not jeopardize his SSI/DIS, this would probably be in his best interest.

Another factor that should be considered is that with Mr. Malone's criminal history the risk of recidivism is quite high and this could impact the appropriateness of expending significant resources for Mr. Malone.

**CONCLUSIONS AND RECOMMENDATIONS:**

1. Vernardo Malone, Sr. is a 35-year-old, divorced, African-American male, who currently lives with his friend (who happens to be the mother of three of his children, although they are not in a relationship at this time), Tonesha Campbell (30), in her home (with the three children) in South Bend, Indiana. Mr. Malone has only been there about a month, and before that lived for approximately two months with his ex-wife. Prior to that, he had been in federal prison in Illinois for almost four years. He is still on house arrest, and when he completes that in February he will be on federal parole for three more years.

month ago, has not been on medication since he got out of prison, and is not involved in counseling.

He is seeking assistance from OVR to get some type of job. He is, however, receiving SSI/DIS of $587.00 a month as a result of a learning disability.

2. Cognitive functioning is at the higher end of the Mild range of Mental Retardation (WAIS-3 Full Scale IQ score=64). He had somewhat lower, but essentially corresponding scores in Mathematics Applications, Mathematics Computation, Reading Decoding, and Spelling. He did somewhat better in Reading Comprehension (Standard Score=66), but this too obviously is a low score.

3. Although his MCMI-3 was invalid, Mr. Malone's history and description of current symptoms indicate diagnoses of (295.70) Schizoaffective Disorder and (301.7) Antisocial Personality Disorder.

4. The results of the CAI indicated that Mr. Malone does not have very strong interests for any particular area or towards any particular vocation. Some occupations for which he expressed somewhat of a similar interest are contraindicated because of his cognitive/academic functioning and/or the presence of so many felonies.

5. Given the combination of the above, it is probably in Mr. Malone's best interests to continue receiving SSI/DIS and possibly try to supplement this by a part-time unskilled occupation.

[signature]

Licensed Psychologist
License No. 20040447

AHW/ld

**PIROXICAM 20 MG CAP** 1X day PATIENT MEDICATION INFORMATION **Rx # 155696**

COMMON USES: This medicine is a nonsteroidal anti-inflammatory drug (NSAID) used to treat mild to moderate pain, osteoarthritis, and rheumatoid arthritis. It may also be used to treat other conditions as determined by your doctor.

BEFORE USING THIS MEDICINE: WARNING: THE RISK OF SERIOUS AND SOMETIMES FATAL HEART PROBLEMS, HEART ATTACK, AND STROKE may be increased with the use of this medicine. This risk may be increased the longer you use this medicine. Risk may also be higher in patients who have heart problems or who are at risk for heart problems. THIS MEDICINE SHOULD NOT BE USED to treat pain before or after coronary artery heart bypass (CABG) surgery. THE RISK OF SERIOUS AND SOMETIMES FATAL STOMACH AND BOWEL PROBLEMS, including bleeding, ulcers, and holes in the stomach and bowel, is increased while using this medicine. These problems may occur at any time during therapy, with or without symptoms. Elderly patients are at higher risk for serious stomach problems. Ask your doctor or pharmacist for more information about this medicine and its side effects. Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking heparins, tacrolimus, or HIV protease inhibitors. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking "blood thinners" (such as warfarin), corticosteroids (such as prednisone), "water pills" (such as hydrochlorothiazide or furosemide), ACE inhibitors (such as lisinopril), serotonin reuptake blocker medicines such as fluoxetine or citalopram, aminoglycoside antibiotics, bisphosphonates such as alendronate or risedronate, cyclosporine, lithium, methotrexate, or aspirin. DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions including heart problems (such as heart failure or history of heart attack), swelling of the hands, feet, or ankles (edema), high blood pressure, history of stroke, blood clotting problems, stomach or bowel problems (such as bleeding or ulcers), history of tobacco use or alcohol use, kidney problems, liver problems, blood or bleeding problems (such as anemia), asthma, growths in the nose (nasal polyps), any allergies - especially aspirin/NSAID allergy (e.g., ibuprofen, celecoxib), pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have history of severe kidney disease or if you are going to have or have recently had coronary artery heart bypass (CABG) surgery. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. This medicine comes with a medication guide. Read it carefully. Ask your doctor, nurse, or pharmacist any questions that you may have about this medicine. TAKE THIS MEDICINE with a full glass (8 oz /240 ml) of water. DO NOT lie down for 30 minutes after taking this medicine. THIS MEDICINE MAY BE TAKEN WITH FOOD if it upsets your stomach. Taking it with food may not decrease the risk of stomach or bowel problems (such as bleeding or ulcers) that may occur while taking this medicine. Talk with your doctor or pharmacist if you experience persistent stomach upset. STORE THIS MEDICINE at room temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE and you are taking 1 dose daily, take the missed dose if you remember the same day. Skip the missed dose if you do not remember until the next day. DO NOT take 2 doses at once.

CAUTIONS: THIS MEDICINE INCREASES YOUR RISK OF SERIOUS STOMACH OR BOWEL PROBLEMS (such as ulcers and bleeding). This risk is increased if you are elderly or are in poor health, if you have a history of smoking or drinking alcohol, if you take corticosteroid medicines (such as prednisone) or "blood thinners" (such as warfarin), or if you take this medicine for a long period of time. THIS MEDICINE MAY ALSO INCREASE YOUR RISK for certain serious heart and blood vessel problems (such as heart attack and stroke). TAKE THIS MEDICINE EXACTLY AS PRESCRIBED BY YOUR DOCTOR, at the lowest possible dose for the shortest time needed. Talk with your doctor or pharmacist for further information. DO NOT TAKE THIS MEDICINE IF YOU HAVE HAD A SEVERE ALLERGIC REACTION to aspirin or any medicine containing aspirin or to a nonsteroidal anti-inflammatory drug (such as Feldene, Motrin, Naprosyn, Daypro). A severe reaction includes a severe rash, hives, breathing difficulties, or dizziness. If you have a question about whether you are allergic to this medicine, or if a certain medicine is a nonsteroidal anti-inflammatory drug, contact your doctor or pharmacist. IF YOU EXPERIENCE difficulty breathing; tightness of chest; swelling of eyelids, face, or lips; or if you develop a rash or hives, tell your doctor immediately. Do not take any more of this medicine unless your doctor tells you to do so. Laboratory and/or medical tests, including blood counts, liver function tests, and kidney function tests, may be performed to monitor your progress or to check for side effects, especially if you are taking this medicine for a long period of time. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are taking this medicine. THIS MEDICINE MAY CAUSE drowsiness or dizziness. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine. THIS MEDICINE MAY CAUSE increased sensitivity to the sun. Avoid exposure to the sun or sunlamps until you know how you react to this medicine. Use a sunscreen or protective clothing if you must be outside for a prolonged period. DO NOT DRINK ALCOHOL while you are taking this medicine, unless you first discuss it with your doctor. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE either prescription or over-the-counter, check with your doctor or pharmacist. This includes aspirin and other non-prescription pain relievers. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of this medicine, especially the risk of stomach or bowel effects (such as bleeding or ulcers), or kidney effects. FOR WOMEN: THIS MEDICINE HAS BEEN SHOWN TO CAUSE HARM to the human fetus. IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS, that may go away during treatment, include nausea, diarrhea, gas, constipation, indigestion, vomiting, dizziness, lightheadedness, drowsiness, or headache. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience ringing in ears, or sore mouth. CONTACT YOUR DOCTOR IMMEDIATELY if you experience unexplained nosebleeds, chest pain; convulsions; or fainting. CONTACT YOUR DOCTOR IMMEDIATELY if you experience sharp or crushing chest pain; sudden shortness of breath; sudden leg pain; sudden severe headache; vomiting, dizziness, or fainting; changes in vision; numbness of an arm or leg; slurred speech; one-sided weakness; sudden unexplained weight gain; change in amount of urine produced; severe or persistent stomach pain; vomit that looks like coffee grounds; black tarry stools; itching, reddened, swollen, blistered, painful, or peeling skin; yellowing of the skin or eyes; dark urine; right-sided tenderness; severe or persistent tiredness; fever, chills, or sore throat; severe or persistent nausea; swelling of hands, ankles, feet, face, lips, eyes, throat, or tongue; difficulty swallowing or breathing; or hoarseness. AN ALLERGIC REACTION TO THIS MEDICINE is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, severe dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include nausea, vomiting, diarrhea, and confusion.

ADDITIONAL INFORMATION: DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children and pets. IF USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out.

Database Edition 07.2 - Expires July 2007
Copyright 2007 Wolters Kluwer Health, Inc.

Jeanne Dickens, M.D.
Madison Center and Hospital
403 E. Madison St.
South Bend, Indiana 46617
Phone (54) 283-1270 / Fax (574) 283-1209
Lic. #01048306B DEA#BD2361119

Venado Malone

Date 4/18/08

[illegible] St. Mary Concern:
Venado Malone is being
in chronic care management
with Zyprexa 5mg daily, Effexor
daily and Seroquel 50mg daily
[illegible] [illegible] [illegible] [illegible] keep
in a count
difficult.

☐ 1-24 ☐ 25-49 ☐ 50-74 ☐ 75-100 ☐ 101-150 ☐ 151 and over

4 5 Void after

Jeanne Dickens MD

Dispense as Written — May Substitute

Contact me at 574-520-2668 if needed.

Prescription is void if more than one (1) prescription is written per blank.

---

Jeanne Dickens, M.D.
Madison Center and Hospital
403 E. Madison St.
South Bend, Indiana 46617
Phone (54) 283-1270 / Fax (574) 283-1209
Lic. #01048306B DEA#BD2361119

Name Venado Malone

Address ______ Date 4/18/08

Effexor XR 75mg caps
#30 (thirty)
Sig: i cap po q Am

☐ 1-24 ☒ 25-49 ☐ 50-74 ☐ 75-100 ☐ 101-150 ☐ 151 and over

Refill NR 1 ②3 4 5 Void after

Jeanne Dickens MD

Dispense as Written — May Substitute

Prescription is void if more than one (1) prescription is written per blank.

---

Jeanne Dickens, M.D.
Madison Center and Hospital
403 E. Madison St.
South Bend, Indiana 46617
Phone (54) 283-1270 / Fax (574) 283-1209
Lic. #01048306B DEA#BD2361119

Venado Malone

Date 4/18/08

Zyprexa 5mg tabs
#30 (thirty)
Sig: i tab po q hs

☐ 1-24 ☒ 25-49 ☐ 50-74 ☐ 75-100 ☐ 101-150 ☐ 151 and over

4 5 Void after

Jeanne Dickens MD

---

Jeanne Dickens, M.D.
Madison Center and Hospital
403 E. Madison St.
South Bend, Indiana 46617
Phone (54) 283-1270 / Fax (574) 283-1209
Lic. #01048306B DEA#BD2361119

Name Venado Malone

Address ______ Date 4/18/08

Seroquel 50mg tabs
#30 (thirty)
Sig: i tab po q hs

☐ 1-24 ☒ 25-49 ☐ 50-74 ☐ 75-100 ☐ 101-150 ☐ 151 and over

Refill NR 1 ②3 4 5 Void after

Jeanne Dickens MD