FILED
JUN 20 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear clerk

New address
Vernado Malone
1131 N Kaley
Sb IN 46628
574) 287 8143

Also send me a copy of docket 07-1211
&
07-~1232